SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS DEWAYNE THOMPSON, and<br>ROBIN THOMPSON,<br>a/k/a "Robin Lott"<br><br>Defendants. | CASE NUMBER: 15-30146-MJR<br><br>18 U.S.C. §§ 1591(a)(1)-(2), (b)(1), (b)(2)<br>18 U.S.C. §§ 1594(c) |

FILED
SEP 08 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**Conspiracy to Commit Sex Trafficking of a Child and by Force, Fraud, or Coercion**

Beginning on an unknown date, but from at least in or about March 2015, and continuing until July 2015, both dates being approximate and inclusive, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**MARCUS DEWAYNE THOMPSON, and**
**ROBIN THOMPSON,**
**a/k/a "Robin Lott"**

Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means one or more persons, and to benefit, financially and by receiving anything of value, from participation in a venture that has recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained a person, in and affecting interstate commerce, knowing, and in reckless disregard of the fact, that (1) such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2)

means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex act in violation of Title 18, United States Code, Sections 1591(a)(1)-(2), (b)(1)-(2). All in violation of Title 18, United States Code, Section 1594(c).

**COUNT 2**
**Sex Trafficking of a Child and by Force, Fraud, or Coercion**

Beginning on or about June 9, 2015, and continuing until on or about July 4, 2015, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**MARCUS DEWAYNE THOMPSON,**

Defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means, and did benefit, financially and by receiving something of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained, in and affecting interstate and foreign commerce, a person under the age of 18, namely MV-1, whose true identity is known to the Grand Jury, knowing, and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing, and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), would be used to cause MV-1 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1)-(2) and (b)(1)-(2).

A TRUE BILL:

STEPHEN R. WIGGINTON
UNITED STATES ATTORNEY

DANIEL T. KAPSAK
Assistant United States Attorney